Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001048
20-JUN-2013
10:00 AM

NO. CAAP-12-0001048

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
THOMAS R. ANTHONY, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-11-002972)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on November 28, 2012, Defendant-Appellant Thomas R. Anthony (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on April 5, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due April 15, 2013 and the opening brief was due May 15, 2013;

(3) Appellant did not file either document;

(4) on May 29, 2013, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on June 10, 2013 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:    Honolulu, Hawai'i, June 20, 2013.

Chief Judge

Associate Judge

Associate Judge

-2-